**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOEL GREENFIELD,

Plaintiff,

-against-

SILLS CUMMIS & GROSS P.C. and JOSHUA N. HOWLEY,

Defendants.

Case No. 24-CV-03384 (VSB)

**DECLARATION OF MITCHELL D. HADDAD, ESQ. IN OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**

MITCHELL D. HADDAD, declares pursuant to 28 U.S.C. §1746:

1. I am a Member of the law firm Sills Cummis & Gross P.C., counsel for Defendants, Sills Cummis & Gross P.C. and Joshua N. Howley. I respectfully submit this Declaration in Opposition to Plaintiff's Motion for Remand.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Decision and Order, dated June 23, 2023, dismissing Plaintiff from the mortgage foreclosure action in the Supreme Court of the State of New York, County of Sullivan, captioned *Walkoff Holdings LLC v. Waverly Homes Dev. LLC, et, al.*, Index No. E2022-2493 (Sullivan Cnty).

3. Attached collectively hereto as **Exhibit B** are true and correct copies of the Complaints in state court actions in the Supreme Court of the State of New York, County of New York, Index Nos. 162145/2023; 162152/2023; 162151/2023; 162137/2023; 162147/2023; 162172/2023; 162157/2023; 162155/2023; and 162171/2023.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2024

*/s/ Mitchell D. Haddad*
Mitchell D. Haddad, Esq.