**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOEL GREENFIELD,<br><br>Plaintiff,<br><br>-against-<br><br>SILLS CUMMIS & GROSS P.C. and JOSHUA N. HOWLEY,<br><br>Defendants. | Case No. 24-CV-03384 (VSB)<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT AND FOR SANCTIONS**<br><br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that upon the attached Declaration of Mitchell Haddad, Esq. dated June 7, 2024, and exhibits attached thereto, the accompanying Memorandum of Law, and upon all prior pleadings filed and proceedings had herein, Defendants, Sills Cummis & Gross P.C. and Joshua N. Howley (collectively "Defendants"), through their attorneys, Sills Cummis & Gross P.C., will move before the Honorable Vernon S. Broderick, U.S.D.J, United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 518, New York, NY 10007 on **June 28, 2024,** or as soon thereafter as Defendants may be heard, for an Order (i) pursuant to Federal Rule of Civil Procedure 12(b)(2), (b)(5), and (b)(6), dismissing Plaintiff's Complaint on the grounds that the Court lacks personal jurisdiction over Defendants, Plaintiff failed to properly serve Defendants with process, and Plaintiff's claims fail to state a cause of action; (ii) pursuant to 15 U.S.C. §1692k(3) imposing monetary sanctions against Plaintiff, including an award of Defendants' attorneys' fees, costs, and expenses to defend against this action and against Plaintiff's frivolous claims; (iii) pursuant to 28 U.S.C. §1927, and the Court's inherent powers, imposing monetary sanctions against Plaintiff's counsel, including an award of Defendants' attorneys' fees, costs, and expenses to defend against this action and against Plaintiff's frivolous claims; and (iv) granting Defendants such other and further relief as the Court may deem just and proper.

Dated: New York, New York
June 7, 2024

**SILLS CUMMIS & GROSS P.C.**

*/s/ Mitchell D. Haddad*

Mitchell D. Haddad, Esq.
Randy Moonan, Esq.
101 Park Avenue, 28th Floor
New York, NY 10178
Telephone: (212) 643-7000
Facsimile: (212) 643-6500
mhaddad@sillscummis.com
rmoonan@sillscummis.com

*Attorneys for Defendants*
*Sills Cummis & Gross P.C. and Joshua N. Howley*