# LEVI HUEBNER & ASSOCIATES, PC

ATTORNEYS AND COUNSELORS AT LAW
488 EMPIRE BOULEVARD, SUITE 100
BROOKLYN, NY 11225
TEL: (212) 354-5555
FAX: (718) 636-4444
EMAIL: NEWYORKLAWYER@MSN.COM


June 18, 2024

Honorable Judge Vernon S. Broderick
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Joel Greenfield v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03384 (VSB)

Honorable Judge Broderick:

We represent the Plaintiff in the above referenced matter.

On or about June 7, 2024, the Defendants filed their pre-answer motion to dismiss.

Plaintiff is respectfully requesting an extension from June 21, 2024, to July 5, 2024, to file opposition to the Defendants' motion to dismiss and that the Defendants time to Reply be extended to July 22, 2024.

The within extension will afford the parties an opportunity to further discuss resolution.

Counsel for the parties met and conferred and counsel for Defendants consented to the within application.

For the foregoing reasons Plaintiff is respectfully requesting an extension from June 21, 2024, to July 5, 2024, to file opposition to the Defendants' motion to dismiss and that the Defendants time to Reply be extended to July 22, 2024.

Respectfully submitted,

/ s / Levi Huebner

______________________

Levi Huebner